# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-1309

**Motion for:** Consent Motion For Extension of Time to File Response Brief

**Caption [use short title]**

ROBERT CROCITTO, Derivatively on Behalf of Facebook, Inc.,
Plaintiff - Appellant,
- against -
MARK E. ZUCKERBERG, et al.,
Defendants - Appellees.

**Set forth below precise, complete statement of relief sought:**

Appellees request that the Court issue an order extending the deadline for the filing of appellees' brief to October 10, 2014.

**MOVING PARTY:** Appellees
☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☑ Appellee/Respondent

**OPPOSING PARTY:** Robert Crocitto

**MOVING ATTORNEY:** Andrew B. Clubok
**OPPOSING ATTORNEY:** Brian P. Murray
[name of attorney, with firm, address, phone number and e-mail]

Kirkland & Ellis LLP
601 Lexington Avenue; New York, NY 10022
212-446-4836; aclubok@kirkland.com

Glancy Binkow & Goldberg LLP
122 E. 42nd Street, Suite 2920; New York, NY 10168
212-682-5340; bmurray@glancylaw.com

**Court-Judge/Agency appealed from:** Southern District of New York (Judge Robert Sweet)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
Andrew B. Clubok    **Date:** 7/7/2014    **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| ROBERT CROCITTO, Derivatively on Behalf of Facebook, Inc.,<br><br>　　　　　　Plaintiff - Appellant,<br>- against -<br><br>MARK E. ZUCKERBERG, et al.,<br><br>　　　　　　Defendants - Appellees,<br><br>FACEBOOK, INC.<br><br>　　　　　　Nominal Defendant - Appellee. | Docket No. 14-1309 |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

On June 25, 2014, Appellant filed his opening brief in the above-captioned appeal. Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 27.1(f), the Appellees respectfully request that the Court extend the time for them to file their response brief until October 10, 2014. Currently, the latest date the Appellees are permitted to elect to file their response brief under Local Rule 32.1 is September 24, 2014. This motion seeks a 16-day extension to that deadline so that the Appellees may coordinate their briefing in this appeal with their briefing in the substantially-related appeal *Jones v. Andreessen* (Docket No. 14-632). This modest extension is warranted because it will promote efficiency and save the Appellees considerable time and expense.

## BACKGROUND

This appeal arises out of the dismissal of one of several putative shareholder derivative actions filed against Facebook, Inc. ("Facebook") and its directors that, along with numerous securities actions, challenge the conduct of Facebook's initial public offering ("IPO"). The Judicial Panel on Multidistrict Litigation ("JPMDL") transferred these cases to the U.S. District for the Southern District of New York and, with the consent of that court, assigned the cases to Judge Robert W. Sweet, under the docket number, 12-MD-2389.

On February 13, 2013, Judge Sweet granted Facebook's motion to dismiss four other derivative actions relating to Facebook's IPO on three threshold grounds: (1) failure to satisfy Federal Rule of Civil Procedure 23.1's contemporaneous share ownership requirement; (2) failure to satisfy Federal Rule of Civil Procedure 23.1's demand requirement; and (3) lack of ripeness. *See In re Facebook, Inc., IPO Sec. & Deriv. Litig.*, 922 F. Supp. 2d 445 (S.D.N.Y. Feb. 13, 2013) ("Derivative Opinion I"). Judge Sweet subsequently denied three of those plaintiffs' remand motions as moot. *See id.* at 450. Two of those derivative plaintiffs have appealed Derivative Opinion I. *See* 12-MD-2389, Dkts. 224 & 233.

Shortly after Judge Sweet issued Derivative Opinion I, Robert Crocitto filed a fifth purported derivative complaint in the Southern District of New York. The case was assigned to Judge Sweet. Crocitto thereafter entered into a stipulation

staying his action pending the outcome of Facebook's motion to dismiss the consolidated securities class action, which was subsequently denied on December 12, 2013. *See In re Facebook, Inc., IPO Sec. and Deriv. Litig.*, 2013 WL 6665399 (S.D.N.Y. Dec. 12, 2013).

Shortly thereafter, on December 23, 2013, Judge Sweet granted Facebook's motion to dismiss two additional purported derivative complaints, which plaintiffs Gaye Jones and Holly McConnaughey had filed in the Court of Chancery of the State of Delaware. The *Jones* complaint, which was designated the operative complaint, is substantially identical to the *Crocitto* complaint, except that, in addition to naming the Facebook directors as defendants, *Jones* also named the lead underwriters for the Facebook IPO and certain of Facebook's officers as defendants. Defendants removed the consolidated *Jones* and *McConnaughey* actions, and the JPMDL transferred the case to the Southern District of New York to be assigned to Judge Sweet as part of the multidistrict litigation arising from Facebook's IPO. Jones subsequently moved to remand the action back to Delaware state court, while Facebook moved to dismiss the complaint based on the same three threshold grounds that Judge Sweet relied upon to dismiss the first four derivative actions in Derivative Opinion I. Judge Sweet again denied the plaintiffs' remand motion as moot and relying on his first decision in Derivative Opinion I, he dismissed the *Jones* action on the same three threshold grounds: (1)

3

failure to satisfy Federal Rule of Civil Procedure 23.1's contemporaneous share ownership requirement; (2) failure to satisfy Federal Rule of Civil Procedure 23.1's demand requirement; and (3) lack of ripeness. *See In re Facebook, Inc., IPO Sec. and Deriv. Litig.*, 2013 WL 6798160 (S.D.N.Y. Dec. 23, 2013) ("Derivative Opinion II"). Judge Sweet entered judgment against Jones and McConnaughey on January 30, 2014. 12-MD-2389, Dkt. No. 196.

On April 17, 2014, Crocitto filed an amended complaint and entered into a stipulation with defendants consenting to entry of judgment against him based on the Judge Sweet's dismissal orders in Derivative Opinion I and Derivative Opinion II. 12-MD-2389, Dkt. No. 220. The stipulation stated that Crocitto disagrees with Judge Sweet's prior dismissal orders, but recognizes that "[b]riefing and arguments on Facebook's motion to dismiss the Crocitto Amended Complaint would … be substantially duplicative of the briefing and arguments" already conducted, including that "relating to "Gaye Jones and Holly McConnaughey's shareholder derivative complaint." *Id.* On April 22, 2014, Judge Sweet entered final judgment dismissing *Crocitto,* "for the reasons stated in Derivative Opinion I, Derivative Opinion II, and in the April 17, 2014 Stipulation and Order." 12-MD-2389, Dkt. No. 216.

Jones and Crocitto filed appeals with this Court on February 28 and April 23, 2014 respectively. Jones filed his opening brief on June 11, 2014. On June 25,

4

2014, the Court granted Appellees an extension of time to file their response brief so that they could coordinate briefing in *Jones* with the overlapping briefing in this appeal, setting the deadline for the *Jones* appellees' response brief as October 10, 2014. 14-632, Dkt. No. 64. Crocitto filed his opening brief on June 25, 2014. Under Local Rule 31.2, the latest date the Appellees can select to file their response brief in *Crocitto* is currently September 24, 2014.

## ARGUMENT

This Court may grant a motion to extend time to file a brief where the circumstances warrant an extension. *See, e.g.*, *In re Cooper*, 366 Fed. Appx. 292, 300 (2d Cir. 2010) (noting that "[Appellant] filed a motion to extend the time to file his appellate brief; that motion was granted"); *see also* Local Rule 26(f). Here, a 16-day extension is clearly warranted on efficiency grounds. *Jones* and *Crocitto* arise from substantially identical complaints that were dismissed by the same judge on the same three grounds. As a result, *Jones* and *Crocitto* are raising on appeal the same dismissal issues of contemporaneous share ownership, demand, and ripeness.

Under the current briefing schedule, the Appellees would be required to file their brief in *Crocitto* by September 24, 2014, before their time for responding to the *Jones* opening brief has expired, which is October 10, 2014. Because the dismissal issues are substantially similar, the Appellees would like to coordinate

5

their drafting on the two response briefs, which would save considerable time and expense. The Appellees would also like to avoid duplicating background discussion and arguments where possible, which would be more efficient for this Court's review.

Appellant has consented to this motion and will not be prejudiced by a mere 16-day extension of time.

## CONCLUSION

For the foregoing reasons, the Appellees respectfully request that the Court extend the time for them to file their response brief in *Crocitto* to October 10, 2014.

DATED:    New York, New York
          July 7, 2014

|  |  |
|---|---|
| Susan E. Engel<br>Kellen S. Dwyer<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St. NW<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 | */s/ Andrew B. Clubok*<br>Andrew B. Clubok<br>(andrew.clubok@kirkland.com)<br>Brant W. Bishop, P.C.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 |
| Richard D. Bernstein<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 303-1000<br>Facsimile: (202) 303-2000 | Tariq Mundiya<br>Todd G. Cosenza<br>Sameer Advani<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212)728-8111<br><br>*Attorneys for the Appellees* |