# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and fourteen.

Before:    Ralph K. Winter,
      *Circuit Judge,*

_____

Robert Crocitto, Derivatively on behalf of Facebook, Inc.,

Plaintiff - Appellant,

v.

Mark E. Zuckerberg, James W. Breyer, Peter A. Thiel, Marc L. Andreessen, Erskine B. Bowles, Donald E. Graham, Reed Hastings,

Defendants - Appellees,

Facebook, Inc.,

Nominal Defendant - Appellee.

_____

**ORDER**
Docket No. 14-1309

  Appellees' counsel moves, on consent, for permission to set October 10, 2014, as the due date for Appellees' principal brief.

  IT IS HEREBY ORDERED that the motion is GRANTED.

            For the Court:

            Catherine O'Hagan Wolfe,
            Clerk of Court

