UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| In re: Facebook, Inc., Initial Public Offering Derivative Litigation | Docket No. 14-1309<br><br>District Court No. 12-MD-2389<br>(S.D.N.Y.) |

## VERIFIED ITEMIZED BILL OF COSTS

Pursuant to Rule 39 of the Federal Rules of Appellate Procedure, the undersigned counsel for Defendants-Appellees respectfully submits this bill of costs, and requests that the Clerk prepare an itemized statement of costs taxed against the Plaintiff-Appellant Robert Crocitto and in favor of the Defendants-Appellees for insertion in the mandate.

Cost of printing 6 copies of briefs: $278.50

I certify that the above costs are true and correct to the best of my knowledge and belief based on the invoices provided by the Defendants-Appellees' appellate printer, which are attached hereto as Exhibit A.

Dated: August 7, 2015

/s/ Adam Stern
Adam Stern
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

1

# EXHIBIT A

# RECORD PRESS INC.
Decades of Experience — Cutting Edge Technology
Since 1945

APPELLATE ■ LITIGATION ■ FINANCIAL ■ DIGITAL ■ PRINTING

August 5, 2015

KIRKLAND & ELLIS, LLP
601 LEXINGTON AVENUE, 43RD FLOOR
NEW YORK, N.Y. 10022-4639

Crocitto vs. Zuckerberg
Appellee's Brief
United States Court of Appeals - Second Circuit

## ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding 6 copies 84 Pages of the above-referenced: Appellee's Brief

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | $ 125.00 |
| 504 | Printed 84 Text Pages x 6 Copies | $ 0.20 | $ 100.80 |
| 6 | Perfect Bound Books: | $ 5.00 | $ 30.00 |
| | | SUB-TOTAL: | $ 255.80 |
| | | NYC SALES TAX: | $ 22.70 |
| | | TOTAL: | $ 278.50 |

We certify that the stated charges are based on the necessary copies needed to serve and file. The price is comparable to industry standards.

*Evelyn Crapo*
Billing Coordinator

229 WEST 36th STREET, 8th FLOOR, NEW YORK, NY 10018
Tel: 212-619-4949 ■ Fax: 212-608-3141 ■ E-mail: print@recordpress.com ■ www.recordpress.com