# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand and fifteen.

_____

| | |
|---|---|
| In re: Facebook, Inc., Initial Public Offering Derivative Litigation | **STATEMENT OF COSTS**<br>Docket No. 14-1309 |

_____

      IT IS HEREBY ORDERED that costs are taxed in the amount of $255.80 in favor of the Appellees.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

