# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand and fifteen.

_____

| | |
|---|---|
| In re: Facebook, Inc., Initial Public Offering Derivative Litigation | **STATEMENT OF COSTS**<br>Docket No. 14-1309 |

_____

    IT IS HEREBY ORDERED that costs are taxed in the amount of $255.80 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: Second Circuit Court of Appeals]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 09/21/2015